No. 03–6683. CAMPOSANO v. GIRDICH, SUPERINTENDENT, UP-STATE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–6684. CARINES v. JAMROG, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–6695. JACKSON, AKA JACKSON-EL v. HAMLIN ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–6697. CAMPBELL v. OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 03–6700. SUMBRY v. DAVIS, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 03–6703. WALKER v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–6706. OWENS v. JONES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–6708. WHEELER v. CROSBY, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–6709. ROBLES v. DRETKE, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-SION. C. A. 5th Cir. Certiorari denied.

No. 03–6710. SAMSON v. LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–6711. CORDERO DE ANDA v. BACA, SHERIFF, LOS ANGELES COUNTY, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 03–6716. MOODY v. CONNECTICUT. App. Ct. Conn. Cer-tiorari denied.

No. 03–6718. AYALA v. BECK, SECRETARY, NORTH CAROLINA DEPARTMENT OF CORRECTION. C. A. 4th Cir. Certiorari denied.

No. 03–6723. KILLINGSWORTH v. MULLIN, WARDEN. C. A. 10th Cir. Certiorari denied.